**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-61867-CIV-ALTONAGA/Seltzer**

**SOPHIA BRYAN**,

    Plaintiff,

v.

**JPMORGAN CHASE BANK, N.A.**,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** came before the Court on the Joint Motion to Stay Action Pending Arbitration [ECF No. 24], filed January 18, 2018. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Stay Action Pending Arbitration [ECF No. 24] is **GRANTED.**

1. The case is **STAYED** pending resolution of arbitration.

2. The case is **ADMINISTRATIVELY CLOSED**, for statistical purposes only, without prejudice to the substantive rights of any of the parties. Any party may move to reopen the case at the appropriate time. Any pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida, this 18th day of January, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record